UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| DEBRA ANN BARNHILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 2:04CV30-SNL |
| | ) |
| CON-AGRA FOODS, INC., d/b/a/ | ) |
| CON-AGRA FROZEN FOODS, et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case was initially filed with plaintiff paying the filing fee, and being represented by counsel.

On June 8, 2005 counsel was allowed to withdraw. There is now plaintiff's motion, *pro se*, for appointment of counsel.

The Court has reviewed the motion and attachments and determines that plaintiff has sufficient assets which would enable her to obtain counsel for hire.

**IT IS THEREFORE ORDERED** that plaintiff's motion for appointment of counsel is **DENIED**.

Dated this   13th   day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE